# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

CLERK'S OFFICE
A TRUE COPY
Dec 18, 2025
/s/ KyleFrederickson
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ZAKARIA HASSAN ADAM | ) | Case No.  25-mj-636 |
| D.O.B. xx/xx/2005 | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  ZAKARIA HASSAN ADAM  in the county of  Winnebago  in the  Eastern  District of  Wisconsin , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) and 1470 | Attempted production of child pornography<br>Transmission of obscene material to a minor |

This criminal complaint is based on these facts:

See Attached Affidaivt

☑ Continued on the attached sheet.

*Jennifer L. Peterson*
Complainant's signature

Jennifer Peterson, FBI Special Agent
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 12/18/2025

*Tiffany Woelfel*
Judge's signature

City and state:  Green Bay, Wisconsin

Hon. Tiffany E. Woelfel
*Printed name and title*

AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

I, Jennifer L. Peterson, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been as such since December 2008. Upon graduation from the FBI Academy in Quantico, Virginia, I was assigned to the Chicago Division until December 2019. While at that duty station I was assigned to work cases involving several violations to include violent crime, narcotics trafficking and crimes related to child exploitation, child pornography and child sex trafficking. As part of my duties, I investigated violations pertaining to the enticement of minors to engage in illegal sexual activity, attempted production of child pornography pursuant to Title 18, United States Code, Section 2251(a) and transmission of obscenity to a minor pursuant to Title 18, United States Code, Section 1470. In January 2020 I transferred to the Tucson, AZ Division where I investigated violent crimes for approximately one year and then transferred to the Milwaukee Division at the end of 2020, where I continued to work child exploitation crimes. As a Special Agent of the Federal Bureau of Investigation, I am authorized to investigate violations of the criminal laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents, officers, and witnesses whom I believe to be truthful and reliable. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that ZAKARIA HASSAN ADAM, date of birth January 1, 2005, (hereinafter "ZAKARIA"), committed violations of Title 18, United States Code, Section

2251(a) "production of child pornography," and Title 18, United States Code, Section 1470 "transmission of obscenity to a minor."

**Background and Probable Cause**

4. On May 6, 2025, it was reported to the Monroe County Sheriff's Office (MCSO), New York, that a 13-year-old girl (hereinafter referred to as MV), was communicating online with several unknown individuals in a sexual manner. MCSO received written consent to collect MV's cellular phone, that being an Apple iPhone, and to review the data contained within this cellular device.

5. MCSO conducted a forensic data extraction on MV's Apple iPhone. Contained within the Apple iPhone were communications with approximately 29 individuals through various methods, to include but not limited to text messages. These individuals either requested sexually explicit files of MV or did in fact receive files depicting MV in a sexual manner that would constitute child sexual abuse material (CSAM).

6. During review of the phone extraction, the telephone number 774-XXX-3192 was identified as having sexually explicit communications with MV on or about April 15, 2025 through April 24, 2025.

7. A search in Accurint for 774-XXX-3192 produced the following information: ZAKARIA HASSAN ADAM, DOB 01/01/2005. ZAKARIA is from Somalia, but currently a naturalized U.S. Citizen. ZAKARIA provided the telephone number 774-XXX-3192 on his passport application as well as email address zakariaadam1992@gmail.com. Google subpoena results provided a recovery telephone number of 774-XXX-3192 for zakariaadam1992@gmail.com. Open-source research of 774-XXX-3192 produced a likely associated CashApp account with username zakadam10, display name ZAKARIA ADAM.

8. According to the Wisconsin Department of Workforce Development, ZAKARIA has reported wages from the past three quarters of 2025 with Associated Care LLC, 940 Clovis

Avenue, Menasha, Wisconsin 54952. ZAKARIA reported an address of 1011 North Badger Avenue, Appleton, Wisconsin, 54914, with a date of hire of 03/17/2025. ZAKARIA's current confidential ID card provides an address of W6468 Sonny Drive, #129, Menasha, Wisconsin, 54952. Snapchat subpoena results for 774-XXX-3192 provided IP address history for 04/02/2025 – 05/01/2025, with an IP address of 75.87.198.95, returning to Appleton, Wisconsin. Accurint report displays W6468 Sonny Drive, #129, Menasha, Wisconsin, 54952 as a probable current address.

9. During a forensic interview of MV in June of 2025 regarding another identified subject, MV disclosed she began chatting with men on the application called "Whipd" which is utilized as an app to "make friends." MV described the app and explained that MV had a profile that included MV's photo, as well as information like MV's name and age which was listed as "13." MV also included a sexual preference and hobbies. MV explained that other people using the app would have profiles that would pop up for MV swipe left or right depending on if MV wanted to connect with the person. MV further explained that once a connection was made, they would exchange phone numbers almost immediately and the conversation moved to text message.

10. Between April 15, 2025, and April 24, 2025, several files were sent, to include photographs and/or videos depicting MV in various stages of undress, seven of which were explicit and suggestive in nature, that would constitute CSAM. Three videos were sent from MV to ZAKARIA that contained full nudity. ZAKARIA sent one photo to MV, indicating it was of himself, with his penis exposed.

11. On April 15, 2025, the following exchanges occurred (All times are UTC-4):

10:27pm – ZAKARIA says "Let daddy see more pics of you pretty"
10:37pm – ZAKARIA asks, "Can u show daddy sexy pics now baby? (emoji)"
10:38pm -MV says, "Like what daddy"
10:38pm – ZAKARIA says, "Ur ass my love"
10:38pm – ZAKARIA says, "And tits"

(An unviewable image is sent from MV to ZAKARIA)
10:41pm – ZAKARIA says "Get me fully hard show me ur tits"
10:41pm – ZAKARIA says "And daddy will show u his dick"
10:42pm – *Image sent from MV to ZAKARIA depicting MV's face and exposed breasts
10:42pm – *Image sent from ZAKARIA to MV of his penis
10:42pm - ZAKARIA says, "Keep showing daddy"
10:44pm – *MV sends a video of herself in the bathroom, displaying exposed breasts and vagina
10:46pm – ZAKARIA says, "Keep sending more to daddy"
10:47pm – MV says, "U want a pussy pick dadd??"
10:47pm – ZAKARIA says, "Yess babyy"
10:48pm – *MV sends two images of her vagina and a video of her touching her vagina
10:49pm – ZAKARIA says, "Ur such a good slut for daddy baby"
10:49pm – ZAKARIA says, "Show more vids"
10:52pm – ZAKARIA says, "send vids"
10:53pm – MV sends a video of herself in spiderman pajamas, undressing in what appears to be her bedroom, taking off her bra and underwear to expose her front and backside
10:54pm – ZAKARIA says, "U got any vids moaning?"
10:56pm – ZAKARIA says, "Send me as many pics as u got bsbyy"
10:58pm- ZAKARIA says, "If I show u my dick will u?"
11:06pm – ZAKARIA says, "I wish u were here with me rn"
11:06pm – ZAKARIA says, "I would make u feel so good"

Not all messages are viewable as it states "This message has been deleted" to include six images that could not be viewed.

12. Based on the above-stated facts, I believe there is probable cause to believe that between approximately April 15, 2025, and April 24, 2025, in the State and Eastern District of Wisconsin, ZAKARIA H. ADAM, committed a violation of Title 18, United States Code, Section 2251(a) and (e), "production of child pornography," and committed a violation of Title 18, United States Code, Section 1470, "transmission of obscenity to a minor."